UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JOHNATHAN ALLEN JERRELL, JR.                                                                          PLAINTIFF

v.                                       No. 5:21-CV-05080

PATROL DEPUTY AARON SMITH, et al.                                                              DEFENDANTS

## ORDER

The Court has received a report and recommendations (Doc. 35) from Chief United States Magistrate Judge Mark E. Ford.  Plaintiff has filed objections (Doc. 37).  The Magistrate Judge recommends that the Court grant Defendant's motion (Doc. 26) for partial summary judgment. The Court has conducted a de novo review of those portions of the report and recommendation to which Plaintiff has objected.  28 U.S.C. § 636(b)(1)(C).  Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate Judge's findings, which otherwise contain no clear error.  The report and recommendation is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion (Doc. 26) for partial summary judgment is GRANTED and all official capacity claims are DISMISSED WITH PREJUDICE. Plaintiff's individual capacity claims against Defendants remain.

IT IS SO ORDERED this 18th day of April, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE